1 | **TAYLOR LABOR LAW, P.C.**
CHRISTOPHER W. TAYLOR (BAR NO. 236245)
2 | PARHAM BARKHORDAR (BAR NO. 307393)
860 S. Lake Avenue, Suite 860
3 | Pasadena, California 91101
Telephone: (626) 219-6008
4 | Facsimile: (626) 219-6009
chris@taylorlaborlaw.com
5 | parham@taylorlaborlaw.com

6 | Attorneys for Plaintiff
JEAN-JACQUES TSHINA NZAMBI
7 |

8 | **NORTON ROSE FULBRIGHT US LLP**
JOSHUA M. HENDERSON (BAR NO. 197435)
9 | 555 California Street, Suite 3300
San Francisco, California 94104
10 | Telephone: (628) 231-6800
Facsimile: (628) 231-6799
11 | josh.m.henderson@nortonrosefulbright.com

12 | **NORTON ROSE FULBRIGHT US LLP**
PHILLIP R. DI TULLIO (BAR NO. 324267)
13 | 555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
14 | Telephone: (213) 892-9200
Facsimile: (213) 892-9494
15 | Phillip.ditullio@nortonrosefulbright.com

16 | Attorneys for Defendants
ADVANTAGE 360 SOFTWARE, LLC and
17 | VOLARIS GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEAN-JACQUES TSHINA NZAMBI, an individual, | Case No. 5:21-cv-509-RGK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| ADVANTAGE 360 SOFTWARE, LLC, VOLARIS GROUP, INC., and DOES 1 through 25, inclusive | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jean-Jacques Tshina Nzambi and Defendant Advantage 360 Software, LLC by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties to the above-referenced action have entered into a confidential settlement agreement to resolve the action;

WHEREAS, Plaintiff and Defendant stipulate and agree that all claims asserted in this matter should be dismissed with prejudice; and

WHEREAS, Plaintiff and Defendant will each bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  October 25, 2021

**TAYLOR LABOR LAW, P.C.**
CHRISTOPHER W. TAYLOR
PARHAM BARKHORDAR

By:    */s/   Parham Barkhordar*
PARHAM BARKHORDAR
Attorneys for Plaintiff
JEAN-JACQUES TSHINA NZAMBI

Dated: October 25, 2021

**NORTON ROSE FULBRIGHT US LLP**
JOSHUA M. HENDERSON
PHILLIP R. DI TULLIO

By */s/ Joshua M. Henderson*
JOSHUA M. HENDERSON

Attorneys for Defendant
ADVANTAGE 360 SOFTWARE, LLC
AND VOLARIS GROUP, INC.

DOCUMENT PREPARED ON RECYCLED PAPER