JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEAN-JACQUES TSHINA NZAMBI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTAGE 360 SOFTWARE, LLC, VOLARIS GROUP, INC., and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 5:21-cv-509-RGK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

## [PROPOSED] ORDER

The STIPULATION FOR DISMISSAL is approved. Plaintiff Jean-Jacques Tshina Nzambi's claims against Defendant Advantage 360 Software, LLC as alleged in this lawsuit are dismissed with prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

**IT IS SO ORDERED.**

DATED: October 26, 2021

_____
THE HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE